UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ACS (US), INC., | Case No. 19-cv-08141-VC |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUIRING RESPONSE TO EMERGENCY MOTION TO QUASH SUBPOENAS** |
| AMY CAVANAGH, et al., | Re: Dkt. No. 37 |
| Defendants. | |

ACS is ordered to file a response to Norman's emergency motion to quash by 9:30 a.m. on Tuesday, February 4, 2020.

**IT IS SO ORDERED.**

Dated: February 3, 2020

VINCE CHHABRIA
United States District Judge