UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACS (US), INC., <br><br>       Plaintiff, <br><br>    v. <br><br> AMY CAVANAGH, et al., <br><br>       Defendants. | Case No. 19-cv-08141-VC <br><br> **ORDER RE PENDING MOTIONS, DISCOVERY, AND PRELIMINARY INJUNCTION HEARING** |

A telephonic case management conference took place on February 4, 2020.

- The preliminary injunction hearing scheduled for February 6 is continued to Monday, March 9, 2020 at 9:30 a.m. There is a possibility that the hearing will be advanced to Wednesday, February 26 if a currently scheduled trial does not take place. The parties will be permitted to present exhibits and live witness testimony at the hearing, and should consult Judge Chhabria's Standing Order for Civil Trials for instructions on submitting exhibits in advance of the hearing. Exhibits are due to Courtroom Deputy Kristen Melen by March 4.

- The Court identified during the case management conference certain legal issues that the parties' briefs do not adequately address. The parties may file supplemental briefs of no more than five pages addressing these issues. These briefs are due one week prior to the preliminary injunction hearing.

- With regard to the discovery dispute reflected in the joint letter at Docket No. 30, the Court is tentatively of the view that ACS is entitled to recover its expenses associated with that dispute. ACS may file a document accounting its relevant expenses within seven days of this order. The defendants may file a response within seven days of ACS's filing, and the Court

will then issue its final ruling.

- The deposition of Sunshine Norman may take place by no later than February 14. The deposition of other proposed witnesses for the preliminary injunction hearing must be completed by February 21. All depositions may be no longer than four hours. Ms. Norman is required to attend her deposition, but is not required to attend the preliminary injunction hearing.

- ACS must submit renewed, narrowly tailored document requests to the defendants by February 5. The defendants must respond by February 12. The parties are ordered to meet and confer by February 6 regarding any disputes related to discovery requests, and must submit any unresolved disputes to the Court by February 7.

**IT IS SO ORDERED.**

Dated: February 4, 2020

VINCE CHHABRIA
United States District Judge