UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACS (US), INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>AMY CAVANAGH, et al.,<br><br>   Defendants. | Case No. 19-cv-08141-VC<br><br>**ORDER DENYING EMERGENCY MOTION TO QUASH**<br><br>Re: Dkt. No. 55 |

   The emergency motion to quash is denied. Insight must respond to Request Nos. 8 and 9, subject to the protective order.

   **IT IS SO ORDERED.**

Dated: February 18, 2020

                       _____
                       VINCE CHHABRIA
                       United States District Judge